```
 1                     IN THE UNITED STATES DISTRICT COURT
                      FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                               EASTERN DIVISION

 3    UNITED STATES OF AMERICA,          )  Docket No. 18 CR 00681
                                         )
 4                   Plaintiff,          )  Chicago, Illinois
                                         )  February 15, 2023
 5          v.                           )  9:39 a.m.
                                         )
 6    MICHAEL ABRAMSON,                  )
                                         )
 7                   Defendant.          )

 8
                           TRANSCRIPT OF PROCEEDINGS
 9                BEFORE THE HONORABLE VIRGINIA M. KENDALL

10
      APPEARANCES:
11

12    For the Government:     UNITED STATES ATTORNEY'S OFFICE by
                              MR. RICHARD M. ROTHBLATT
13                            MS. MISTY WRIGHT
                              MR. CHRISTOPHER VEATCH
14                            Assistant United States Attorneys
                              219 South Dearborn, 5th Floor
15                            Chicago, IL  60604

16
      For the Defendant:      MR. NISHAY KUMAR SANAN
17                            53 West Jackson, Suite 1437
                              Chicago, IL  60604
18

19

20

21

22    Court Reporter:         GAYLE A. McGUIGAN, CSR, RMR, CRR
                              Official Court Reporter
23                            219 S. Dearborn Street, Room 2504
                              Chicago, IL 60604
24                            312.435.6047
                              gayle_mcguigan@ilnd.uscourts.gov
25
```

1        (Proceedings held in chambers)

2              THE COURT: Your names on the record, please?

3              MR. ROTHBLATT: Good morning, your Honor. Richard
4    Rothblatt, Misty Wright, and Chris Veatch on behalf of the
5    United States.

6              Just -- we can get defense appearance on as well, but
7    Mr. Veatch is here to handle kind of the other matter that we
8    had addressed with the Court on Monday.

9              We were going to propose that we talk about trial
10   dates now, and then maybe the parties excuse themselves --

11             THE COURT: Yes, that's fine. So --

12             MR. SANAN: Good morning, your Honor. Nishay Sanan on
13   behalf of Mr. Abramson, who is present.

14             THE COURT: Good morning.

15             THE DEFENDANT: Good morning.

16             THE COURT: So do you have -- you're going to redo the
17   trial?

18             MR. ROTHBLATT: Yes, Judge.

19             THE COURT: Okay. And what are the proposals for
20   trial dates?

21             MR. ROTHBLATT: Judge, the government has availability
22   starting in April of 2023. We're also available in June, July,
23   and October, November, December.

24             THE COURT: October, November, December are booked.
25   I've got the Burke trial in there. And November -- April is

| | |
|---|---|
| 1 | booked. But let me just check my trial calendar. |
| 2 | I'm pretty sure I might be able to do it in June, is |
| 3 | my guess. |
| 4 | MR. SANAN: Judge, unfortunately, I'm booked in June. |
| 5 | THE COURT: I didn't hear you, Mr. Sanan. |
| 6 | MR. SANAN: I'm booked in June, July, August, |
| 7 | September, October, November. |
| 8 | THE COURT: So you need to go April, May? |
| 9 | MR. SANAN: No, I have that booked, too. I was going |
| 10 | to ask for early 2024. |
| 11 | THE COURT: Oh, my gosh. |
| 12 | MR. SANAN: Your Honor knows about the backlog, so, |
| 13 | unfortunately, I'm kind of stuck in that. |
| 14 | THE COURT: Hang on just a second. |
| 15 | MS. WRIGHT: The government is also available in late |
| 16 | May, if your Honor has that available. |
| 17 | THE COURT: Okay. |
| 18 | (Pause in proceedings.) |
| 19 | THE COURT: Let's see what this looks like. |
| 20 | Well, I could move those *Daubert* hearings that we just |
| 21 | scheduled. |
| 22 | MR. SANAN: That was in October, though, Judge. |
| 23 | THE COURT: What? |
| 24 | MR. SANAN: I thought you set it for October -- |
| 25 | THE COURT: No, this is a different -- those *Daubert* |

1    hearings, Lynn, I scheduled just now for the first two weeks of
2    April.
3             Can you do that?
4             MR. ROTHBLATT:  The government is available.
5             MR. SANAN:  Judge, I am not available.  I have a trial
6    in Memphis with one defendant in custody, and then come back
7    and try a case with Mr. Getter, back-to-back, for three weeks.
8    So my April is slam-booked, with one co-defendant in custody in
9    Memphis.
10            THE COURT:  What's going on in June with you?
11            MR. SANAN:  Judge, I'm out of the country for three
12   weeks in June.
13            THE COURT:  Which weeks?
14            MR. SANAN:  The 12th through the 1st.  And I
15   anticipate -- just based on what we heard from the jury, Judge,
16   I anticipate this trial may be a little bit longer the second
17   time around.
18            THE COURT:  How about right after Memorial Day, May
19   30th, before you leave?  May 30th through the 9th?
20            MR. ROTHBLATT:  That works for the government, Judge.
21            MR. SANAN:  Judge, Ms. White is out of town that week,
22   who is my co-counsel.
23            THE COURT:  Where is she?
24            MR. SANAN:  I think she's in London for her brother's
25   wedding -- or her husband's brother's wedding is what I have on

1  the calendar.
2          THE COURT: Well, that's just one of the weeks. Can
3  she -- can you handle the case without her and have her come in
4  on the second week?
5          MR. SANAN: Judge, if we start --
6          THE COURT: I could possibly do something like pick a
7  jury on, like, the 24th or the 25th, and then have them have
8  their weekend, and then come back, like, on the 30th, if that
9  gives us a little wiggle room.
10         MR. SANAN: So May --
11         THE COURT: May.
12         MR. SANAN: -- pick the jury the 24th, 25th?
13         THE COURT: Yes. And then start openings on the 30th.
14  And that would give you one, two, three, four, five, six,
15  seven, eight, nine full days.
16         MR. SANAN: We had four -- six and a half last time?
17  My only concern -- this is my concern, Judge. This is, again,
18  based on what we heard afterwards on what the jury kind of more
19  wanted.
20         THE COURT: Yes.
21         MR. SANAN: I think we're adding at least two or three
22  jury days.
23         THE COURT: So there's no early days there because
24  there's no teaching on those Tuesdays. And then we took a
25  Friday off the first time. So if you don't take that -- but

1  you have Memorial Day in there.  But if we pick the jury the
2  week before and then start the day after Memorial Day, that
3  gives you, you know, two and a half more days.
4              MR. SANAN:  That's fine, Judge, as long as we pick the
5  jury the week before.
6              THE COURT:  All right.  I'll work on that.  I'll work
7  with the jury.  So we'll pick a jury the 24th, with the
8  understanding if it goes a little long, it will go into the
9  25th, and then we'll do opening statements on the 30th and
10 start evidence on the 30th.
11             Do you agree to the exclusion of time?
12             MR. SANAN:  Yes, Judge.
13             THE COURT:  Let's do this:  Let's have -- are you gone
14 all of May?
15             MR. SANAN:  Let me -- so the end of May, I have a
16 trial in one of the DC cases, so I don't know how long that's
17 going to go, but --
18             THE COURT:  I just was wondering about whether we
19 needed to do any kind of pretrial conference or if you just
20 want a date for any new motions.
21             MR. SANAN:  Why don't we just set a date for new
22 motions, Judge.
23             THE COURT:  Okay.  Do you want to give me those by
24 May 1st?
25             MR. SANAN:  That's -- can we do the following week?

| | |
|---|---|
| 1 | Because I may still be in DC that week. |
| 2 | THE COURT: May 8? |
| 3 | MR. SANAN: Yes, for motions. |
| 4 | THE COURT: And then any responses May 15? |
| 5 | MR. ROTHBLATT: Very good, Judge. |
| 6 | THE COURT: That would just be any differences between |
| 7 | the last trial and this. |
| 8 | MR. SANAN: Right. |
| 9 | THE COURT: All right. That's what we'll do. Thank |
| 10 | you. |
| 11 | And then I suppose the defense, you can be excused, |
| 12 | parties can be excused, and I'll talk to Mr. Veatch. |
| 13 | MULTIPLE SPEAKERS: Thank you. |
| 14 | MR. SANAN: I just have a quick question, Judge. Do |
| 15 | we need to have another pretrial status, or is that going to be |
| 16 | based on the motions? |
| 17 | THE COURT: I don't know. I'll see what you file. |
| 18 | And if I feel like I need to fit you in, I'll check with -- |
| 19 | your schedule seems to be more complicated than theirs. |
| 20 | MR. SANAN: Okay, Judge. |
| 21 | THE COURT: Okay? |
| 22 | MR. SANAN: Very good, Judge. Thank you. |
| 23 | THE COURT: Thank you. Have a good day. |
| 24 | (Concluded at 9:47 a.m.) |
| 25 | |

1     C E R T I F I C A T E

2        I certify that the foregoing is a correct transcript of the

3     record of proceedings in the above-entitled matter.

4

5     _/s/ GAYLE A. McGUIGAN_                           _March 7, 2024_
      GAYLE A. McGUIGAN, CSR, RMR, CRR
6     Official Court Reporter