# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 13, 2024

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

**ILANA DIAMOND ROVNER**, *Circuit Judge*
**MICHAEL B. BRENNAN**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*

| | |
|---|---|
| No. 24-1704 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>MICHAEL ABRAMSON,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:18-cr-00681-1 |
| Northern District of Illinois, Eastern Division |
| District Judge Virginia M. Kendall |

Upon consideration of the **MOTION TO VACATE REVOCATION ORDER AND MEMORANDUM IN SUPPORT**, filed on May 6, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **DENIED**. Fed. R. App. P. 9(a); 18 U.S.C. § 3145(c).

Because this is an appeal from a detention order, this order resolves the appeal. *See* Fed. R. App. P. 9(a); Cir. R. 9(a).

form name: **c7_Order_3J**　　(form ID: **177**)