UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

JUN 26 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL ABRAMSON ) | |
| ) | |
| ) | No. 18 CR 681 |
| ) | Judge Manish S. Shah |

FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on June 20, 2024, and in consideration of bond being set by the Court for defendant MICHAEL ABRAMSON (the Adefendant@) in the amount of $889,000 and to secure that bond for the benefit of the **UNITED STATES OF AMERICA, EDITH C. ABRAMSON,** (sometimes herein collectively referred as the **AGRANTOR@ or ASURETY@**) does hereby agree, understand, and acknowledge:

1.  That CHICAGO TITLE LAND TRUST COMPANY, a corporation of Illinois under the provisions of a deed or deeds in trust duly recorded and delivered to said company in pursuance of a Trust Agreement dated the 12th day of September, 1977 and known as Trust Number 2838, is sole titleholder to the real property located at 1500 Sheridan Road, Unit 5B, Wilmette, Illinois, and described legally as follows:

UNIT NUMBER 5- "B" AS DELINEATED ON SURVEY OF THE FOLLOWING DESCRIBED PARCEL OF REAL ESTATE (HEREINAFTER REFERRED TO AS "PARCEL"): LOT 1 IN FOUFAS-STEFAN

1

CONSOLIDATION IN THE NORTHEAST FRACTIONAL QUARTER OF SECTION 27, BEING A CONSOLIDATION OF PART OF BLOCK 2 IN THE SUBDIVISION OF BLOCK 1 AND 2 IN GAGE'S ADDITION TO WILMETTE AND PART OF LAKOTA, ALL IN TOWNSHIP 42 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, AND RECORDED AS DOCUMENT NUMBER 20496377, IN COOK COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO DECLARATION OF CONDOMINIUM OWNERSHIP MADE BY HARRIS TRUST AND SAVINGS BANK AS TRUSTEE UNDER TRUST NUMBER 31796, RECORDED NOVEMBER 6, 1969 IN THE OFFICE OF THE RECORDER OF COOK COUNTY, ILLINOIS AS DOCUMENT NUMBER 21005568 AND AMENDED FROM TIME TO TIME, TOGETHER WITH AN UNDIVIDED PERCENT INTEREST IN SAID PARCEL (EXCEPTING FROM SAID PARCEL THE PROPERTY AND SPACE COMPRISING ALL THE UNITS THEREOF AS DEFINED AND AS SET FORTH IN SAID DECLARATION AND SURVEY) IN COOK COUNTY, ILLINOIS.

P.I.N: 05-27-200-055-1054
(the AProperty@)

2. That EDITH C. ABRAMSON is the sole beneficiary of and holds the only power of direction over CHICAGO TITLE LAND TRUST COMPANY, a corporation of Illinois under the provisions of a deed or deeds in trust duly recorded and delivered to said company in pursuance of a Trust Agreement dated the 12th day of September, 1977 and known as Trust Number 2838, and further has not assigned either.

3. That there are no mortgages encumbering the Property, and that the value of the Grantors interest in the Property approximately equals at least $889,000.

4. EDITH C. ABRAMSON has received a copy of the Court=s Order Setting Conditions of Release and understand its terms and conditions.

5. EDITH C. ABRAMSON understands and agrees that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into

custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant=s favor.

6. EDITH C. ABRAMSON agrees that public docket entries and filings in the above-captioned matter constitute adequate notice to the surety of all judicial proceedings in the case. EDITH C. ABRAMSON understands that modifications to the Court=s Order Setting Conditions of Release may occur and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, EDITH C. ABRAMSON waives any right to receive notice of judicial proceedings from the United States or the Court.

7. EDITH C. ABRAMSON understands and agrees that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

8 That $500,000 of her interest in the Property shall be forfeited to the UNITED STATES OF AMERICA should the defendant fail to appear as required by the Court or otherwise violates any condition of the Court=s order of release, and EDITH C. ABRAMSON will be personally liable to pay any difference between the bond amount of $889,000 and any recovery from the Property and agrees to the entry of a default judgment against her for the amount of such deficiency.

9. EDITH C. ABRAMSON acknowledges receipt of a copy of the Court=s release order and understand its terms and conditions and understands that the only notice she will receive is notice of the Court=s proceedings.

10. That she will direct CHICAGO TITLE LAND TRUST COMPANY, as Trustee to execute a Trustee=s Deed in which the United States is the Grantee and that she will execute a quit claim deed in favor of the United States of America, containing a waiver of her homestead

exemption, which deeds shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

11. That should the defendant fail to appear or otherwise violates any condition of the Court=s order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, take whatever other action that may be necessary to perfect its interest in the Property, and satisfy the obligation arising from a breach of the bond.

12. That she will maintain the Property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the Property or diminish her interest therein, including any effort to sell or otherwise convey the Property without leave of Court.

13. That if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, MICHAEL ABRAMSON, she will be subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

14. That the United States may record a copy of this Forfeiture Agreement with the Recorder of Deeds for Cook County, Illinois as notice of encumbrance in the amount of the bond.

15. EDITH C. ABRAMSON, does hereby declare under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 6/20/2024

_____
EDITH C. ABRAMSON
Surety/Grantor

Date: 6/21/24

_____
Witness

**Prepared by and Return to:**
Bissell, United States Attorney=s Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

5